IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT SCHMIDT,

    Plaintiff,

v.

DOUG BELLILE, et al

    Defendants.

ORDER

Case No. 20-cv-1052-bbc

---

Plaintiff Scott Schmidt a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional rights violations. Plaintiff requests leave to proceed without prepayment of the filing fee and has submitted a resident account statement for the period of May 19, 2020 to November 19, 2020.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on November 19, 2020, the certified resident account statement should cover the period beginning approximately May 19, 2020 and

ending approximately November 19, 2020. If plaintiff fails to submit the required statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

## ORDER

IT IS ORDERED that plaintiff Scott Schmidt may have until December 10, 2020 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately May 19, 2020 and ending approximately November 19, 2020. If, by December 10, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 19th day of November, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge