IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT R. SCHMIDT,

    Plaintiff,

  v.

                                      Case No.  20-cv-1052-bbc

DOUG BELLILE and
TIM DAHNKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |